# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Tyrell Hampton<br><br><br><br><br>*Defendant(s)* | )<br>)<br>) Case No.  19-mj-5247 - JGD<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 27, 2019__ in the county of __Plymouth__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of firearm |

This criminal complaint is based on these facts:
Please see attached affidavit by ATF Special Agent Jacob Berrick

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF Special Agent Jacob Berrick
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/28/2019

_____
*Judge's signature*

City and state: Boston, Massachusetts

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 3604
Boston, Massachusetts 02210

U.S. Magistrate Judge Robert B. Collings
*Printed name and title*